# AFFIDAVIT OF MICHELLE MacDONALD

I, MICHELLE MacDONALD, do depose and state the following under penalty of perjury:

1. I have personal knowledge of the facts alleged herein.
2. I am competent and able to testify if called to do so.
3. I make this affidavit of my own free will.
4. I am the fiancée of Mr. Richard Wershe, Jr., known in the news as "White Boy Rick."
5. I have known Rick since we were in middle school together.
6. When Rick was paroled to serve a prison sentence in Florida, I went down to visit him.
7. Rick and I currently live together.
8. Rick frequently wakes us both up from sleep by having nightmares, which jar him awake and which he has told me are about his being shot when he was 15, and then later his being left in prison after the FBI, Detroit Police, and United States Attorneys for the Eastern District of Michigan broke their agreement with him to help him get out of prison if he risked his life to help them.
9. Rick and I have discussed his potential lawsuits against the law enforcement agents and the government many times over the years.

10. Rick has always maintained that he could not bring any lawsuits until he was out of prison because it would be "stupid" and "crazy" to bring a lawsuit against the government while he was in prison, as he believed that it would either get him killed or get him stuck in prison forever, by retaliation from those he sued.
11. I believe Rick was correct in that and I am happy he is out and can now bring his lawsuit.
12. I also heard at least twice his attorney Mr. Ralph Musilli tell him not to bring a lawsuit while he was in prison and risk retaliation and that he would have one year after he got out of prison to bring any such lawsuit.
13. I remember these conversations because it was hard for Rick to wait so long.

FURTHER AFFIANT SAYETH NOT.

I declare under penalty of perjury that the foregoing is true and correct. (28 US Code § 1746.)

Dated this __________ day of _________________________ 20________.

____________________________________________
(Signature of Affiant)

____________________________________________
(Printed name of Affiant)

10. Rick has always maintained that he could not bring any lawsuits until he was out of prison because it would be "stupid" and "crazy" to bring a lawsuit against the government while he was in prison, as he believed that it would either get him killed or get him stuck in prison forever, by retaliation from those he sued.

11. I believe Rick was correct in that and I am happy he is out and can now bring his lawsuit.

12. I also heard at least twice his attorney Mr. Ralph Musilli tell him not to bring a lawsuit while he was in prison and risk retaliation and that he would have one year after he got out of prison to bring any such lawsuit.

13. I remember these conversations because it was hard for Rick to wait so long.

FURTHER AFFIANT SAYETH NOT.

I declare under penalty of perjury that the foregoing is true and correct. (28 US Code § 1746.)

Dated this 19th day of July 2021.

Michelle MacDonald
(Signature of Affiant)

Michelle MacDonald
(Printed name of Affiant)