UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT WERSHE JR., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF DETROIT, et al., <br><br> Defendants. | Case No. 21-11686 <br><br> Honorable Laurie J. Michelson <br> Magistrate Judge Elizabeth A. Stafford |

## ORDER REGARDING DETERMINATION OF MOTION

Before the Court is City of Detroit's Motion to Dismiss, filed September 30, 2021. The response brief and any reply brief shall be filed in compliance with E.D. Mich. LR 7.1.

If the total brief (including exhibits) exceeds 20 pages, a courtesy copy of the motion, brief, response, or reply, with tabbed and highlighted exhibits, shall be mailed or hand delivered to United States District Judge Laurie J. Michelson at 231 W. Lafayette, Room 737, Detroit, MI 48226. Courtesy copies should conform to Judge Michelson's case-management requirements that were docketed earlier in the case (usually as part of the scheduling order).

If, upon review of all the briefing, the Court finds that oral argument would aid in resolving the disputed issues, a notice will be filed on the docket

setting a hearing. Otherwise, the Court will decide the motion on the briefs. *See* Fed. R. Civ. P. 78(b); E.D. Mich. LR 7.1(f).

    SO ORDERED.

    Dated: October 13, 2021

                                      s/Laurie J. Michelson
                                      LAURIE J. MICHELSON
                                      UNITED STATES DISTRICT JUDGE