UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Richard Wershe, Jr.

       Plaintiff,

  v.

**[1]** City of Detroit;  **[2]** William Jasper;
**[3]** Kevin Greene; **[4]** Carol Dixon; **[5]** Herman Groman;
**[6]** Lynn Helland; **[7]** E. James King; and
**[8]** Unknown Assistant United States Attorney,
 Jointly and Severally,

       Defendants
_____/

Case No. 21-cv-11686
F. Kay Behm,
  United States District Judge

## *BIVENS* DEFENDANTS' RESPONSE REGARDING NOTICE PERMITTING SUPPLEMENTAL BRIEF (ECF 58)

The *Bivens* defendants—retired FBI agent Herman Groman; Carol Dixon, widow of FBI agent James Dixon; and retired AUSAs Lynne Helland and E. James King—will not file an optional supplemental brief addressing the time-bar and equitable tolling issues identified in the Court's May 2, 2023 notice (ECF 58).

These issues are fully briefed in the *Bivens* defendants' Rule 12(b)(1) and (6) motion filings, in their principal and reply briefs: **(1)** in ECF 34, at Arguments II-IV, pages *v*, 17-43, and *passim* and **(2)** in ECF 50 (typos corrected in ECF 53) at pages 1-5, points 3-7, and *passim*. Other aspects of Wershe's delay are briefed

in the *Bivens* defendants' notice (ECF 54) addressing plaintiff Wershe's "companion case" against the United States—*Wershe v. U.S.*, no. 22-cv-12596 (E.D. Mich.).

| | |
|---|---|
| s/Stuart M. Israel<br>Stuart M. Israel (P15359)<br>Stuart M. Israel, PLLC<br>28857 Still Valley<br>Farmington Hills, MI 48334<br>248-990-0980<br>smi@smisrael.com | s/John G. Adam<br>John G. Adam (P37205)<br>Law Office of John G. Adam, PLLC<br>423 N. Main Street, Suite 200<br>Royal Oak, MI 48067<br>248-227-9898<br>jgabrieladam@gmail.com |
| | Attorneys for Defendants Carol Dixon, Herman Groman, Lynn Helland, and E. James King |
| June 19, 2023 | |