UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Richard Wershe, Jr,

                Plaintiff(s),

v.                                    Case No. 4:21-cv-11686-FKB-KGA
                                              Hon. F. Kay Behm

City of Detroit, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge F. Kay Behm at the United States District Court, Federal Building and U.S. Courthouse, 600 Church Street, Flint, Michigan. The following motion(s) are scheduled for hearing:

    Motion to Dismiss – #8
    Motion to Dismiss – #34
    Motion to Amend/Correct – #48
    Motion to Strike – #55

- MOTION HEARING: July 19, 2023 at 02:00 PM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/T. Hallwood
                                                   Case Manager

Dated:  June 23, 2023