# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 14, 2024

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Nov 15, 2024
KELLY L. STEPHENS, Clerk

Re: Richard Wershe, Jr.
v. City of Detroit, Michigan, et al.
No. 24-545
(Your No. 23-1902, 23-1903)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 6, 2024 and placed on the docket November 14, 2024 as No. 24-545.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst